# Court of Appeals
# of the State of Georgia

ATLANTA,  February 04, 2019

*The Court of Appeals hereby passes the following order:*

## A19A0661.  JOHNNY ASBERRY v. THE STATE.

In 2009, Johnny Asberry pled guilty to theft by conversion, theft by taking, and criminal trespass.  The trial court sentenced him to 10 years on probation. In 2015, the trial court revoked Asberry's probation after he committed new criminal offenses. The court ordered that Asberry serve the balance of his sentence in confinement.  In 2018, Asberry filed a motion for modification of probation revocation. The trial court denied his motion, and Asberry filed this direct appeal.  We, however, lack jurisdiction.

Because the underlying subject matter of this appeal concerns the revocation of probation, Asberry was required to file an application for discretionary appeal.  See OCGA § 5-6-35 (a) (5), (b); *Jones v. State*, 322 Ga. App. 269, 269, n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105, 105 (485 SE2d 214) (1997).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/04/2019*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*